

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| ELYSA FENENBOCK AND LAUREN FENENBOCK, | § | No. 08-19-00093-CV |
|  | § | Appeal from the |
| Appellants, | § | County Court at Law Number Five |
| v. | § | of El Paso County, Texas |
| W. SILVER RECYCLING, INC., | § | (TC# 2017DCV0825) |
| Appellee. | § |  |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and its sureties, if any, all costs, both in this Court and the court below. *See* TEX.R.APP.P. 43.5. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF FEBRUARY, 2020.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.